IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 MAR 21 PM 1:46

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 8:07cv 103 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY B. KAY, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and Defendant, Anthony Kay, having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has subject matter jurisdiction over this matter under 31 U.S.C. § 3730(a) and 28 U.S.C. § 1345.

2. This Court has personal jurisdiction over Defendant who acknowledges receipt of a copy of the Complaint in this action. The Complaint herein states a claim upon which relief can be granted.

3. Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to entry of a consent judgment in the sum of $ 5,376.00 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full; a penalty of $ 537.00; and court costs in the amount of $ 270.00.

4. Defendant shall submit financial data to Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

5. Defendant agrees to notify the United States Attorney's Office within thirty days

of any change of address or employment until the judgment debt is paid in full.

6. In return for Defendant's consent to entry of judgment, the United States agrees to accept the amount of $ 5,376.00 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full; a penalty of $ 537.00; and court costs in the amount of $ 270.00, in full satisfaction of Defendant's liability. This judgment amount shall be paid through a monthly schedule to be arranged through the Financial Litigation Unit of the United States Attorney's Office.

7. In the event Defendant defaults on the payment of any installment, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to Defendant.

8. Notice pursuant to paragraph six shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to Defendant's address as listed below or to any new address provided by Defendant.

9. The district court shall retain jurisdiction over this case for purposes of enforcing the Final Judgment by Consent.

10. This is a publicly available document, and Defendant waives any claim that this or any other document filed in this case along with any information contained therein is subject to the Privacy Act of 1974, 5 U.S.C. § 552a.

UNITED STATES OF AMERICA,
Plaintiff,

JOE W. STECHER
United States Attorney
District of Nebraska

By: /s/ Laurie A. Kelly
LAURIE A. KELLY
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3081
laurie.kelly@usdoj.gov

ANTHONY B. KAY,
Defendant.

/s/ Anthony B. Kay
ANTHONY B. KAY
1140 364 Road
Seward, NE 68434
Tel: (402) 641-2390

APPROVED THIS 21 day of March, 2007, accruing at the legal rate of 4.93% per annum from the date of this judgment until paid in full, penalty, and court costs.

/s/ Richard G. Kopf
JUDGE, U.S. DISTRICT COURT
Richard G Kopf